Date signed July 17, 2009



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| In Re: | Case No. 09-18070PM |
|---|---|
| Matlin, Inc dba Matlin Signs and Graphics, | Chapter 7 |
| Debtor. | |

### MEMORANDUM TO COUNSEL

This court entered an Order on June 26, 2009, directing Steven E. Mirsky to refund all fees collected in the above-reference matter to the Debtor and certify same with the court. Having failed to file a certificate as directed, Steven E. Mirsky is advised that failure to certify compliance with the above-referenced Order within **7 days** of the entry of this Memorandum will result in the court reporting this matter to the Disciplinary Committee of the United States District Court for the District of Maryland.

cc:   Counsel
      Chapter 7 Trustee
      Debtor
      United States Trustee

### End of Memorandum