Date signed July 28, 2009



PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | Case No. 09-18070PM |
|---|---|
| Matlin, Inc dba Matlin Signs and Graphics, | Chapter 7 |
| Debtor. | |

## MEMORANDUM TO COUNSEL

Upon review of the response filed by counsel to this court's Memorandum entered July 20, 2009, the court advises that no further action with respect to counsel's fee will be taken. However, counsel is admonished that the court will closely monitor the progress of the Debtor's second case, Case No. 09-21939PM.

cc:   Counsel
      Chapter 7 Trustee
      Debtor

End of Memorandum